IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY FACESON,

    Plaintiff,                    CV F 07 0717 LJO WMW P

vs.

C/O ABARGUES,                 ORDER DENYING MOTION FOR
                                          APPOINTMENT OF COUNSEL
    Defendant.                 (DOC 3)

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States District Court for the Southern District of Iowa</u>, 490 U.S. 296, 109 S.Ct. 1814 (1989).

        In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(d). <u>Terrell v. Brewer</u>, 935 F.2d 1015 (9th

1

1 | Cir. 1990); <u>Wood v. Housewright</u>, 900 F.2d 1332 (9th Cir. 1990).  In the present case, the court
2 | does not find the required exceptional circumstances.
3 |       Accordingly, plaintiff's request for the appointment of counsel is denied.
5 | IT IS SO ORDERED.
6 | **Dated:   January 16, 2008**          /s/  **William M. Wunderlich**
  |                                        UNITED STATES MAGISTRATE JUDGE