IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY FACESON,

        Plaintiff,                      CV F 07 0717 LJO WMW   P

  vs.                                 ORDER FINDING COMPLAINT
                                       STATES A COLORABLE CLAIM
                                       AND DIRECTING PLAINTIFF
                                       TO COMPLETE USM 285 FORMS

C/O ABARGUES,

        Defendant.

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on May 15, 2007. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendants Abargues for a violation of the Equal Protection Clause for discriminating against him on the basis of his ethnicity. Accordingly, it is HEREBY ORDERED that:

     1.     Service is appropriate for the following defendants:

              C/O T. ABARGUES

     2.     The Clerk of the Court shall send plaintiff one USM-285 form, one summons, a

        Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed May 15, 2007.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Two copies of the endorsed complaint filed May 15, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   January 16, 2008**　　　　　　　　　　　　　　　/s/  **William M. Wunderlich**
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE