IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY FACESON,

        Plaintiff,        CV F 07 0717 LJO WMW PC

   vs.               ORDER

C/O ABARGUES,

        Defendant.

On January 16, 2008, an order was entered, finding that the complaint states a colorable claim.  Plaintiff was directed to complete and return to the court a USM 285 form for service of process.  On Januay 28, 2008, the order was returned to the Court as undeliverable.  On February 14, 2008, Plaintiff filed a notice of change of address, indicating that he is now housed at the California Institute for Men in Chino.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk's Office is directed to re-serve the January 16, 2008, order on Plaintiff at his address of record.

2.  Plaintiff shall complete and return the documents for service of process to the court within thirty days of the date of service of this order.

1   IT IS SO ORDERED.

2   **Dated:   February 19, 2008**            **/s/  William M. Wunderlich**

                                                  UNITED STATES MAGISTRATE JUDGE