| | |
|---|---|
| | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Anthony Faceson, | ) | No. CV 1-07-00717-MHM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| C/O Abargues, | ) | |
| Defendant. | ) | |

    Pending before the Court is Defendant's Motion to Dismiss for Failure to Prosecute under Federal Rule of Civil Procedure 41(b). (Doc. # 26) In this motion, Defendant relates that on November 24, 2008, Defendant noticed Plaintiff's deposition at Kearn Valley State Prison ("KVSP") in Delano, California, for December 12, 2008. On November 26, 2008, Defendant's counsel was informed that Plaintiff was released on parole from KVSP on July 12, 2008, and that Plaintiff provided no forwarding address nor was the prison was able to locate him. (Doc. 26, Exh. B)

    Accordingly, the Court issued an order on February 13, 2009, directing Plaintiff to file a response to Defendant's motion within twenty-one days and advising him that failure to do so would result in judgment being entered dismissing the action with prejudice. (Doc. # 27)

///

///

1 | Plaintiff has failed to respond within this time period, therefore
2 | **IT IS ORDERED** granting Defendant's Motion to Dismiss for Failure to Prosecute under Federal Rule of Civil Procedure 41(b). (Doc. # 26)
3 | **IT IS FURTHER ORDERED** directing the Clerk of the Court to dismiss this case with prejudice.

DATED this 25th day of March, 2009.

_____
Mary H. Murguia
United States District Judge